UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 00-6004



In Re: Automatic Reference of
Certain Matters to United States
Magistrate Judge Charlene Sorrentino
_____/

### CLERK'S ORDER OF MAGISTRATE JUDGE ASSIGNMENT

Pursuant to Administrative Order 93-69 AND 96-55 of this Court, this matter is referred to MAGISTRATE JUDGE CHARLENE SORRENTINO for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters,

**ORDERED** that all pleading hereafter filed shall bear the assigned case number and District Court Judge followed by the surname of Magistrate Judge Sorrentino thereby indicating the Magistrate Judge to whom all future documents should be routed or otherwise brought for attention in accordance with the Southern District of Florida Local Rule 5.1.A.2.

**DONE and ORDERED** at Clerk's Office, Fort Pierce Division, this 3rd day of January, 2000.

CLARENCE MADDOX,
Court Administrator/Clerk of Court

By: _____
         Deputy Clerk

cc: All counsel of Record