
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6004-CIV-FERGUSON
MAGISTRATE JUDGE SORRENTINO

FRANKLIN C. SMITH,          :

    Petitioner,          :

v.                          :          REPORT OF
                                      MAGISTRATE JUDGE

STANTON S. KAPLAN, et al.,  :

    Respondents.         :
_____

FILED by __ D.C.
MAG. SEC.
FEB - 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

While confined at the Florida State Hospital in Chattahoochee, the petitioner, Franklin C. Smith, filed in the United States District Court for the Northern District of Florida a *pro se* petition for writ of habeas corpus attacking a "detainment" in Broward County on July 20, 1999, and an application to proceed *in forma pauperis*. The petitioner also filed a notice of change of address to the Broward County Jail on November 2, 1999. A report was entered in the Northern District on November 2, 1999, recommending that the case be considered as a petition filed pursuant to 28 U.S.C. §2241 because the petitioner has not yet been tried or convicted. The report further recommended that the case be transferred to the Southern District of Florida.



A second report was entered in the Northern District on November 4, 1999, recommending denial of an emergency motion filed by the petitioner regarding the conditions of his confinement. The petitioner filed a second notice of change of address on November 10, 1999, to the North Broward Bureau, and a third change of address on November 18, 1999, to a street address, "97 N. E. 15th Street, Homestead, FL" on November 18, 1999. The reports and recommendations were adopted, and the case was transferred to the Southern District of Florida on December 30, 1999, by Order of United States District Judge William Stafford.

Telephonic inquiry to the North Broward Bureau reveals that the petitioner has been in and out of the facility several times, but is not presently incarcerated.

The petitioner's claims are not cognizable in a petition for writ of habeas corpus pursuant to 28 U.S.C. §2254, because he has not been convicted, and any claims pursuant to 28 U.S.C. §2241 are moot, as he is not presently incarcerated.

It is therefore recommended that this case be dismissed pursuant to Fed.R.Civ.P. 12(h)(3) for lack of subject matter jurisdiction.

Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report.

Dated: February 3, 2000

UNITED STATES MAGISTRATE JUDGE

cc: Franklin C. Smith, Pro Se
97 N.E. 15th Street
Homestead, FL 33039