**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6004-CIV-FERGUSON
MAGISTRATE JUDGE SORRENTINO

FRANKLIN C. SMITH,                 :

       Petitioner,         :
                                             FINAL
v.                                 :   ORDER OF DISMISSAL

STANTON S. KAPLAN, et al.,         :

       Respondents.        :
_____

For the reasons stated in the Report of the Magistrate Judge and upon independent review of the file, it is

ORDERED AND ADJUDGED as follows:

1. This case is dismissed pursuant to Fed.R.Civ.P. 12(h)(3) for lack of subject matter jurisdiction.

2. All pending motions not otherwise ruled upon are dismissed, as moot.

3. This case is closed.

DONE AND ORDERED at Fort Lauderdale, Florida, this 25th day of February, 2000.

                                                       UNITED STATES DISTRICT JUDGE

cc: Franklin C. Smith, Pro Se